Great Lakes Anesthesiology, P.C. v Feldman (2023 NY Slip Op 02275)

Great Lakes Anesthesiology, P.C. v Feldman

2023 NY Slip Op 02275

Decided on April 28, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on April 28, 2023

PRESENT: WHALEN, P.J., SMITH, PERADOTTO, BANNISTER, AND OGDEN, JJ. (Filed Apr. 28, 2023.) 

MOTION NO. (13/23) CA 22-00914.

[*1]GREAT LAKES ANESTHESIOLOGY, P.C., PLAINTIFF,
v
DORON FELDMAN, DEFENDANT-APPELLANT, AND JAMES FOSTER, DEFENDANT-RESPONDENT. DORON FELDMAN, THIRD-PARTY PLAINTIFF-APPELLANT, ANDREA MORELLI, THIRD-PARTY DEFENDANT-RESPONDENT, ET AL., THIRD-PARTY DEFENDANTS.

MEMORANDUM AND ORDER
Motion for reargument denied.